# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELEANOR THOMAS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 17-4989 |
| FAMILY DOLLAR STORES OF PENNSYLVANIA, LLC, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 19th day of November, 2018, upon consideration of Defendant Family Dollar Stores of Pennsylvania, LLC's ("Family Dollar") Motion for Summary Judgment, Plaintiff Eleanor Thomas's ("Thomas") Response to Defendant's Motion for Summary Judgment, and Family Dollar's Reply Brief in Support of Its Motion for Summary Judgment, it is hereby **ORDERED** that Family Dollar's Motion for Summary Judgment (Doc. No. 15) is **GRANTED**.

It is **FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE